**Opinion issued October 29, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00746-CV

———————————

## IN RE ANGEL LOZANO, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Angel Lozano, has filed a petition for writ of mandamus, challenging the trial court's order denying his motion to compel production of

documents.[1]  Relator also seeks sanctions for his preparation of the motion to compel and motion for reconsideration in the trial court and this mandamus.

We **deny** the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

Justice Sharp would grant Mandamus.

---

[1]  The underlying case is *Angel Lozona v. Neal & Neal., LLC Michael Neal and Cynthia Neal*, No. 2010-61483, in the 334th District Court of Harris County, Texas, the Honorable Kenneth Wise presiding.